IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CAROL TATUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21-03107-CV-S-DPR |
| | ) | |
| SHANE MONK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Defendant's Motion for Entry of Judgment by Separate Document pursuant to Fed. R. Civ. P. 58(d). (Doc. 36.) Per Rule 58(a), every judgment under Rule 56 must be set out in a separate document. Rule 58(b)(1)(C) provides that "the clerk must, without awaiting the court's direction, promptly prepare, sign, and enter the judgment when … the court denies all relief." Here, by Order dated August 29, 2022, the Court granted Defendant's Motion for Summary Judgment under Rule 56 and entered judgment in favor of Defendant on Count I and Count II of Plaintiff's Complaint, thereby denying all relief requested by Plaintiff. (Doc. 34.)

Accordingly, Defendant is entitled to judgment set out in a separate document. It is therefore **ORDERED** that the Motion for Entry of Judgment by Separate Document is **GRANTED**. The Clerk's Office is directed to enter a separate document setting out the judgment embodied in the August 29, 2022 Order (doc. 34) granting summary judgment.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: October 24, 2022